UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                Plaintiff,

-v-

TRIANGLE ENTERPRISE NYC, INC.,

                Defendant.

**CONSENT JUDGMENT**

Case No. 22-cv-10671 (JMF))

      By consent of the parties, New York City District Council of Carpenters ("Plaintiff") and Triangle Enterprise NYC, Inc. by this name or any other name and its successors and assigns ("Defendant"), it is hereby ORDERED, ADJUDGED AND DECREED that:

      Plaintiff, have judgment against Defendant in the amount of $20,637.04 plus prejudgment interest thereon at the New York State statutory rate of nine percent per annum accruing from July 15, 2022 in the amount of $ 1,353.56 , plus $3,600 for attorneys' fees and $626.00 for costs accrued by Plaintiff to date in this action, for a total sum of $ 26,216.60 in favor of Plaintiff and against Defendant, plus additional attorneys' fees and costs associated with this action and enforcement of this Judgment.

Agreed and Consented to:

| | |
|---|---|
| Plaintiff : <br> New York City District Council <br> of Carpenters | Defendant: <br> Triangle Enterprise, Inc. |
| By: _____ <br>    Lydia Sigelakis <br>    Spivak Lipton LLP <br>    1040 Avenue of the Americas <br>    New York, NY 10018 <br>    (212) 765-2100, (646) 763-2186 | By: _____ <br>    Scott E. Agulnick <br>    Greenblatt Agulnick Kremin PC <br>    510 Broadhollow Road, Suite 303 <br>    Melville, New York 11747 <br>    (718) 352-4800 |

SO ORDERED.

Dated:  March 20, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

The Court's calculation of the prejudgment interest appears to differ slightly from the parties' calculation.  *See* ECF No. 25.  If either party believes the Court should amend the judgment, it should confer with the other party and seek such relief from the Court (showing the party's calculations).

The Clerk of Court is directed to terminate ECF No. 15 and to close this case.  All conferences are canceled.  All motions are moot.