UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NEW YORK CITY DISTRICT COUNCIL OF           :
CARPENTERS,                                 :
                                            :
                        Plaintiff,     :
                                            :       22-CV-10671 (JMF)
        -v-                                 :
                                            :       ORDER OF DISMISSAL
TRIANGLE ENTERPRISE NYC, INC.,              :
                                            :
                        Defendant.     :
                                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the parties' March 20, 2023 letter motion, it is ORDERED that the Judgment, *see* ECF No. 26, is vacated, and that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action and move for entry of judgment **within sixty days** of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen and enter judgment **must** be filed **by the aforementioned deadline**; any later such application may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

       Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to terminate ECF No. 27 and close the case.

       SO ORDERED.

Dated: March 22, 2023
       New York, New York                 _____
                                                             JESSE M. FURMAN
                                                             United States District Judge